UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

RHODES RANCH GENERAL
PARTNERSHIP

Debtor.

Case No.: BK-S-09-14825-lbr

Chapter 11

## NOTICE OF REDUCTION OF PROOF OF CLAIM NO. 6

Desert Plastering, LLC hereby reduces its proof of claim, designated as Claim No. 6, filed in the above-captioned case from $12,313.00 to a claim amount of **$9,261.60**

Dated: August 13, 2009

Name: Hermelinda Rodriguez
Title: Manager