# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14844-LBR |
|---|---|
| RHODES RANCH GENERAL PARTNERSHIP,<br><br>Debtor. | Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 11

CM Painting, Inc. hereby withdraws its proof of claim, designated as Claim No. 11 filed in the above-captioned case.

Dated: 9·22, 2009

_(signature)_

By: Chason Memmott (print name)
Its: president (title)

73203-002\DOCS_SF:66654.1