# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14844-LBR |
|---|---|
| RHODES RANCH GENERAL PARTNERSHIP, Debtor. | Chapter 11 |

## NOTICE OF AMENDED OF PROOF OF CLAIM NO. 13

INTERSTATE PLUMBING & AIR CONDITIONING, LLC, hereby amends its proof of claim, designated as Claim No. 13, filed in the amount of $39,513.84, in the above-captioned case, to a proof of claim in the amount of $46,931.93.

Dated: 12/2/ , 2009

By: David Smith (signature) (print name)
Its: CFO (title)

73203-002\DOCS_SF:68444.1